Eastern District of Kentucky
FILED
OCT 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 0:26-Cr-50-DLB

**SHAKAREE DELSHON CARTER and**
**ANTHONY W. KING**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about April 19, 2025, in Martin County, in the Eastern District of Kentucky,

**SHAKAREE DELSHON CARTER**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of buprenorphine, a Schedule III controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 1791(a)(2)**

On or about April 19, 2025, in Martin County, in the Eastern District of Kentucky,

**ANTHONY W. KING**

an inmate at the United States Penitentiary Big Sandy, possessed and obtained a prohibited object, to wit, a mixture or substance containing buprenorphine, a Schedule III controlled

substance and narcotic drug, all in violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

**A TRUE BILL** [redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**
Not more than 10 years imprisonment, not more than a $500,000 fine, and at least 2 years supervised release.

**COUNT 2:**
Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.